JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN TIMMONS, | ) CASE NO. 09-cv-08221-PA (OPx) |
|---|---|
| Plaintiffs, | ) |
| v. | ) **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| INFINITY GROUP RECEIVABLES, LLC., | ) |
| Defendant. | ) |

The Court has reviewed the Stipulation of Plaintiff JONATHAN TIMMONS and Defendant INFINITY GROUP RECEIVABLES, LLC to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

/ / /

**1**

06140.00/167030

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2  to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: August 31, 2010  _____
UNITED STATES DISTRICT COURT JUDGE

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045